PROB 12C  
(6/16)

Report Date: October 30, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON

Nov 02, 2020

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Oscar Cervantes      Case Number: 0980 4:20CR06035-TOR-1

Address of Offender:      Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Nancy D. Freudenthal, U.S. District Court Judge  
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Court Judge

Date of Original Sentence: March 20, 2012

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute, and to Distribute Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | |
| Original Sentence: | Prison - 210 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | To Be Determined | Date Supervision Commenced: September 17, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: September 16, 2025 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer. |
| | **Supporting Evidence**: Oscar Cervantes is considered to be in violation of his conditions of supervised release by failing to report as directed to the U.S. Probation Office since September 30, 2020. |
| | Mr. Cervantes commenced supervised release on September 17, 2020. His conditions of supervised release were reviewed with him on September 30, 2020, and he gave verbal acknowledgment of understanding his conditions, to include standard condition number 2, as noted above. |
| | On September 30, 2020, Mr. Cervantes was provided instructions to report by telephone weekly on Tuesdays, as the COVID-19 pandemic has kept the Richland Probation Office closed to the public. Mr. Cervantes has failed to report by telephone as instructed. Telephone and text message attempts by the undersigned officer to contact Mr. Cervantes have been made on October 20 and 26, 2020, but have not been successful. |

Prob12C
Re: Cervantes, Oscar
October 30, 2020
Page 2

| | |
|---|---|
| 2 | **Special Condition #8**: The defendant shall participate in and successfully complete substance abuse treatment in a program approved by the U.S. Probation Officer, and abide by the rules, requirements and conditions of the treatment program. The defendant shall not discontinue treatment without the permission of the U.S. Probation Officer. |

**Supporting Evidence**: Oscar Cervantes is considered to be in violation of his conditions of supervised release by failing to obtain a substance abuse evaluation as directed since September 30, 2020.

Mr. Cervantes commenced supervised release on September 17, 2020. His conditions of supervised release were reviewed with him on September 30, 2020, and he gave verbal acknowledgment of understanding his conditions, to include special condition number 8, as noted above.

On September 30, 2020, Mr. Cervantes was referred to Merit Resource Services (Merit) in Kennewick, Washington. He was directed to contact Merit and complete a substance abuse assessment and follow through with any recommended treatment. As of the date of this report, Mr. Cervantes has not contacted Merit nor completed a substance abuse assessment.

| | |
|---|---|
| 3 | **Special Condition #9**: The defendant shall undergo a mental health evaluation and adhere to any and all recommendations of the same. The defendant shall not discontinue treatment without the permission of the U.S. Probation Officer. |

**Supporting Evidence**: Oscar Cervantes is considered to be in violation of his conditions of supervised release by failing to obtain a mental health evaluation as directed since September 30, 2020.

Mr. Cervantes commenced supervised release on September 17, 2020. His conditions of supervised release were reviewed with him on September 30, 2020, and he gave verbal acknowledgment of understanding his conditions, to include special condition number 9, as noted above.

On September 30, 2020, Mr. Cervantes was referred to Riverview Counseling and Consulting in Richland, Washington. He was directed to contact them and complete a mental health assessment and follow through with any recommended treatment. As of the date of this report, Mr. Cervantes has not contacted Riverview Counseling and Consulting nor completed a mental health assessment.

| | |
|---|---|
| 4 | **Special Condition # 12**: The defendant shall submit to drug and alcohol testing, as directed by the U.S. Probation Officer and shall comply with specific copays imposed pursuant to district policy for failing to comply with drug testing. |

**Supporting Evidence**: Oscar Cervantes is considered to be in violation of his conditions of supervised release by failing to report for urinalysis testing on October 12 and October 20, 2020.

Prob12C
Re: Cervantes, Oscar
October 30, 2020
Page 3

Mr. Cervantes commenced supervised release on September 17, 2020. His conditions of supervised release were reviewed with him on September 30, 2020, and he gave verbal acknowledgment of understanding his conditions, to include special condition number 12, as noted above.

On September 30, 2020, Mr. Cervantes was referred to Merit Resource Services (Merit) in Kennewick, for random urinalysis (UA) testing. He was directed to call the UA testing phone number daily and report to Merit's office to provide a UA when the color gold was called.

Merit notified the U.S. Probation Office on October 19, 2020, advising the color gold was called on October 12, 2020, and Mr. Cervantes failed to appear for his UA test.

Another notice was received from Merit on October 21, 2020, advising the color gold was called on October 20, 2020, and Mr. Cervantes failed to appear for his UA test.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/30/2020

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

November 2, 2020
Date